UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | CAUSE NO.: 2:17-CV-357-JEM | |
| ) | | |
| $578,633.30 SEIZED FROM FIRST ) | | |
| MERCHANTS BANK ACCT #****7116, ) | | |
| *et al.*, ) | | |
|     Defendants, ) | | |
| ) | | |
| ANJANI LIQUORS HAMMOND, INC., ) | | |
| *et al.*, ) | | |
|     Claimants. ) | | |

**FORFEITURE JUDGMENT**

This matter is before the Court on a Joint Motion for Entry of Agreed Forfeiture Judgment [DE 32], filed by Plaintiff the United States of America and Claimants on January 9, 2019.

On September 5, 2017, a Verified Complaint for Forfeiture was filed against the defendant currency on behalf of the United States of America. The Complaint alleges that the defendant property (consisting of seized funds from various bank accounts and seized currency) constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, thereby subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

Plaintiff published a notice of this action on an official government forfeiture site for at least 30 consecutive days, and Plaintiff mailed a copy of the Complaint, the Warrant of Arrest In Rem and Direct Notice of this forfeiture action to all persons known to the government to be potential claimants to the government currency. Claimants AM Wine & Spirits, Inc., Anjani Liquors Hammond, Inc., Belmonte Food, Wine & Spirits, Inc., Diptiben Patel, Shreyas Patel, and Patson Liquor, Inc. appeared by counsel and filed a claim and answer with respect to the defendant

property. No other person has appeared or filed a claim or answer, and the time to do has passed. With respect to Defendant $72,268.00, the sum of $70,523.14 was, by agreement, paid to the Indiana Department of Revenue, leaving the sum of $1,744.86. Plaintiff now represents that it and Claimants have reached an agreed judgment of forfeiture.

Having considered the Motion and noting the agreement of the parties, the Court now **GRANTS** the Joint Motion for Entry of Agreed Forfeiture Judgment [DE 32]. Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that:

(1) $832,162.63 of the defendant funds and currency is hereby forfeited to the United States of America, and that no other person shall have any right, title or interest thereto;

(2) $144,450.00 of defendant funds and currency be returned to Claimant Anjani Liquors Hammond, Inc, by and through its attorney, Glenn Seiden, via a payment made through the United States Treasury, subject to the Debt Collection Improvement Act of 1996 (DCIA), 31 U.S.C. § 3716, which requires the Department of Treasury and other disbursing officials to offset Federal payments to collect delinquent non-tax debts owed by Claimant to the United States, or delinquent debts owed to states, including past-due child support enforced by states; and

(3) neither the United States of America nor Claimants shall be liable for an award of costs and/or attorney fees against the other in connection with this matter, and the parties further agree that the plaintiff had probable cause to commence this action.

SO ORDERED this 17th day of January, 2019.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc: All counsel of record